UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL BRIAN FORMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BROOKINGS POLICE DEPARTMENT; JOEL PERRY, in his individual and official capacity; JACOB VUKOVICH, in his individual and official capacity; DAMIAN WEETS, in his individual and official capacity; JANE DOE; JOHN DOE,<br><br>Defendants. | 4:22-CV-04034-KES<br><br>JUDGMENT |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is

ORDERED, ADJUDGED, AND DECREED that judgment with prejudice is entered in favor of defendants on all claims.

Dated March 24, 2023.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE