# United States Court of Appeals
## For the Eighth Circuit

_____

No. 23-2339
_____

Michael Brian Forman

*Plaintiff - Appellant*

v.

Brookings Police Department; Joel Perry, in his official capacity; Jacob Vukovich, in his official capacity; Damian Weets, in his official capacity; Jane Doe; John Doe

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of South Dakota - Southern

_____

Submitted: December 6, 2023
Filed: December 11, 2023
[Unpublished]

_____

Before GRUENDER, ERICKSON, and STRAS, Circuit Judges.

_____

PER CURIAM.

   South Dakota resident Michael Forman appeals following the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. After careful

_____

   [1]The Honorable Karen E. Schreier, United States District Judge for the District of South Dakota.

review of the record and the parties' arguments on appeal, we conclude the district court did not abuse its discretion in staying discovery, see Steinbuch v. Cutler, 518 F.3d 580, 589 (8th Cir. 2008) (reviewing for abuse of discretion denial of discovery); or in deeming defendants' statement of facts admitted, see Jones v. United Parcel Serv., Inc., 461 F.3d 982, 989-91 (8th Cir. 2006) (reviewing for abuse of discretion decision deeming movants' statement of facts admitted). We further conclude the district court did not err in adversely granting summary judgment as to Forman's claims. See Nieters v. Holtan, 83 F.4th 1099, 1105 (8th Cir. 2023) (reviewing de novo grant of summary judgment based on qualified immunity). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

-2-